# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00788-KLM

HOWARD COHAN,

    Plaintiff,

v.

4470 PEORIA HIX, LLC,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff, through his undersigned counsel, voluntary dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    */s/ Gloria Y. Saad*
By:  Gloria Y. Saad
    Blackmore Law PLC
    Attorney for Plaintiff
    21411 Civic Center Drive, Suite 200
    Southfield, MI 48076
    P: (248) 845-8594
    E: gsaad@blackmorelawplc.com
    P83131

Dated: September 30, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, I filed and served the foregoing NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE on all ECF participants via the court's CM/ECF system.

*/s/ Gloria Y. Saad*
Gloria Y. Saad